

FILED
NOV 1 3 2024
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:24-cr-156 |
| v. | ) | INDICTMENT |
| MITCH WILLIAM GROSS, | ) | T. 18 U.S.C. § 1343 |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

### COUNTS 1 - 8
### (Wire Fraud)

1. From in or about September 2021, and continuing to on or about October 17, 2022, in the Southern District of Iowa and elsewhere, the defendant MITCH WILLIAM GROSS, did knowingly and intentionally devise, and participate in, a scheme and artifice to defraud his employer and to obtain money and property belonging to his employer, by means of materially false and fraudulent pretenses, representations, and promises and by means of material omissions and active concealment.

2. The purposes and objects of GROSS's scheme and artifice to defraud were to obtain funds and property from his employer by using the employer's credit card issued to him for business purposes to make purchases for his own benefit and purposes.

1

3. It was part of the scheme that the defendant, MITCH WILLIAM GROSS, used a Wells Fargo Visa card, issued to him for business purposes such as procuring items for his employer's business, to purchase prepaid gift cards and other items for his own use and benefit. During the scheme, three Wells Fargo Visa cards were issued to GROSS, *1856, *5133, and *7846.[1]

4. It was a part of the scheme that the defendant, MITCH WILLIAM GROSS, falsely represented these charges for prepaid gift cards and personal items as business-related. Specifically, on one or more occasions, GROSS falsely represented the nature of the charges on monthly expense reports and submitted altered and false receipts to disguise the nature of the items he purchased on the employer's credit cards. GROSS made these false representations on many occasions, including but not limited to, in connection with the purchases alleged in Counts 1 through 7 of this Indictment. For example, on one occasion, GROSS purchased $485.05 worth of prepaid gift cards using employer's Wells Fargo Card *5133. He then submitted a falsified expense report to his employer, falsely representing that the purchase was "LED Lighting" to conceal his purchase of the prepaid gift cards. GROSS also attached a false and fraudulent sales receipt, which he knew to have been altered to falsely state the purchase was for fluorescent lighting. On other occasions, GROSS, following the purchase of prepaid gift cards or personal items on employer credit cards, GROSS failed to enter descriptions of charges on monthly

---

[1] Full account numbers known but redacted to the last four digits.

expense reports and submit receipts as required by the employer, to conceal the nature of the purchases he made.

5. Each credit card transaction within this scheme generated a wire transmission between the retailer in the Southern District of Iowa and a server in either Chandler, Arizona, or Omaha, Nebraska, which server was used to process merchant account transactions for Wells Fargo during the scheme.

6. Through the scheme and artifice to defraud, GROSS fraudulently obtained over $146,000 in funds and property to which he was not entitled.

7. On or about the dates listed in the below table, in the Southern District of Iowa and elsewhere, the defendant, MITCH WILLIAM GROSS, for the purpose of executing such scheme and artifice to defraud, and attempting to do so, did transmit and cause to be transmitted, by means of wire communications in interstate commerce, certain writings, signs, signals, and sounds, including, but not limited to, the interstate wires described below for each count:

| Count | Approximate Date of Wire | Description |
|---|---|---|
| 1 | November 12, 2021 | An interstate wire communication, from a Wal-Mart store in Windsor Heights, Iowa, to a server outside the state of Iowa used to process Wells Fargo credit card charges, for a $138.03 charge on Wells Fargo card *1856 for the purchase of a prepaid gift card. |
| 2 | November 14, 2021 | An interstate wire communication, from a Wal-Mart store in Windsor Heights, Iowa, to a server outside the state of Iowa used to process Wells Fargo credit card charges, for a $169.06 charge on Wells Fargo card *1856 for the purchase of a prepaid gift card. |

| Count | Approximate Date of Wire | Description |
|---|---|---|
| 3 | November 14, 2021 | An interstate wire communication, from a Wal-Mart store in Windsor Heights, Iowa, to a server outside the state of Iowa used to process Wells Fargo credit card charges, for a $133.75 charge on Wells Fargo card *1856 for the purchase of a prepaid gift card. |
| 4 | January 15, 2022 | An interstate wire communication, from a Home Depot store in West Des Moines, Iowa, to a server outside the state of Iowa used to process Wells Fargo credit card charges, for a $529.75 charge on Wells Fargo card *5133 for the purchase of prepaid gift cards. |
| 5 | February 25, 2022 | An interstate wire communication, from a Home Depot store in West Des Moines, Iowa, to a server outside the state of Iowa used to process Wells Fargo credit card charges, for a $485.05 charge on Wells Fargo card *5133 for the purchase of prepaid gift cards. |
| 6 | June 5, 2022 | An interstate wire communication, from a Wal-Mart store in Altoona, Iowa, to a server outside the state of Iowa used to process Wells Fargo credit card charges, for a $978.95 charge on Wells Fargo card *5133 for the purchase of prepaid gift cards and Pokémon cards. |
| 7 | July 21, 2022 | An interstate wire communication, from a Wal-Mart store in Des Moines, Iowa, to a server outside the state of Iowa used to process Wells Fargo credit card charges, for a $602.05 charge on Wells Fargo card *5133 for the purchase of a prepaid gift card and Pokémon cards. |
| 8 | October 3, 2022 | An interstate wire communication, from a Wal-Mart store in Windsor Heights, Iowa, to a server outside the state of Iowa used to process Wells Fargo credit card charges, for a $801.84 charge on Wells Fargo card *7846 for the purchase of prepaid gift cards and Pokémon cards |

Each of the above counts is a violation of Title 18, United States Code, Section 1343.

**A TRUE BILL.**

                                                                   FOREPERSON

Richard D. Westphal
United States Attorney

By: *[signature]*
Debra Mendenhall
Assistant United States Attorney