UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:24-cr-156 |
| v. | GOVERNMENT'S SENTENCING MEMORANDUM |
| MITCH WILLIAM GROSS, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, respectfully provides the following memorandum for sentencing in this matter.

On April 21, 2025, Defendant Mitch Willian Gross (hereinafter "Gross") entered a guilty plea to wire fraud, in violation of Title 18, United States Code, Section 1343 (count 5). Pursuant to plea agreement, counts 1 – 4 and 6 – 8 of the Indictment will be dismissed. Defendant agreed to pay restitution, including for all relevant conduct, in an amount to be determined by the Court. The advisory sentencing guideline range is 8 to 14 months' imprisonment. (PSR ¶ 124) The issue for sentencing is determining an appropriate sentence taking into account the advisory sentencing guidelines and factors under Title 18, United States Code, Section 3553(a).

Gross was employed as a property manager for Ruan Transportation Corporation (hereinafter "Ruan") from September 7, 2021, to October 17, 2021. (PSR ¶ 12) Gross was provided a credit card for purchases in relation to his job duties. (PSR ¶ 13) Gross made personal charges on these credit cards totaling $146,590.15 (PSR ¶¶ 28, 51) Gross misrepresented and concealed these personal charges in several

ways: mischaracterizing them on expense reports, providing falsified receipts, and failing to provide receipts or complete expense reports as required. (PSR ¶¶ 29 – 32 *et seq*) When Gross learned his charges were being questioned, he informed a subordinate employee that his card had been hacked, borrowed his card, and made fraudulent charges thereon. (PSR ¶ 22) When Gross was notified of the internal audit, he quit. (PSR ¶ 21) Gross did not admit his conduct to Ruan. Gross ultimately accepted responsibility entering a guilty plea to wire fraud.

The offense is serious involving fraudulently obtaining $146,590.15 in just over one year's time. Gross engaged monthly in a variety of methods to conceal his personal charges, the greater portion of which were prepaid gift cards in amounts from $130 to $850 each. (PSR ¶¶ 138, 144) In the final days of the scheme, rather than owning up Gross doubled down making additional fraudulent charges. (PSR ¶ 22) 18 U.S.C. § 3553(a)(1)

Ruan requests restitution in the amount of $146,590.15. (PSR ¶ 52; Ex. 1) The United States respectfully requests the Court order restitution in this amount.

Taking into account the advisory sentencing guidelines and all the Section 3553(a) factors, a sentence within the advisory guideline range is appropriate. It would reflect the nature and circumstances of the offense, the history and characteristics of the defendant, the need to "reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense." § 3553(a)(1), (2)(A). Such a sentence would provide adequate deterrence, protect the public, and "avoid unwarranted sentencing disparities." § 3553(a)(2), (6).

Respectfully submitted,

Richard D. Westphal
United States Attorney

CERTIFICATE OF SERVICE
I hereby certify that on August 6, 2025, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:
____U.S. Mail _____ Fax _____Hand Delivery
__X__ECF/Electronic filing ____Other means
By: */s/ Debra Mendenhall*

By: */s/ Debra Mendenhall*
Debra Mendenhall
Assistant United States Attorney
Neal Smith Federal Building
210 Walnut Street, Suite 455
Des Moines, IA 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: debra.mendenhall@usdoj.gov